HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAMARA A. JUAREZ, | ) Case No. 2:25-cv-3609-JDP |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND PROPOSED |
| | ) ORDER |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a sixty-five (65) day extension of time until May 20, 2026, in which to e-file her Motion for Summary Judgment which is due on March 16, 2026. Defendant shall file any opposition, including cross-motion, on or before June 22, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

Dated:  March 10, 2026                                   */s/HARVEY P. SACKETT*

1

STIPULATION AND ORDER

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

HARVEY P. SACKETT
Attorney for Plaintiff
TAMARA A. JUAREZ

Dated:  March 10, 2026

*/s/MARGARET BRANICK-ABILLA*
MARGARET BRANICK-ABILLA
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 3/10/26]

IT IS SO ORDERED.

Dated:   March 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER