HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TAMARA A. JUAREZ, | ) Case No. 2:25-cv-03609-JDP |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ~~PROPOSED~~ |
| | ) ORDER |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a forty-five (45) day extension of time until July 6, 2026, in which to e-file her Motion for Summary Judgment which is due on May 20, 2026. Defendant shall file any opposition, including cross-motion, on or before August 5, 2026. First, this second and final extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Second, Plaintiff's counsel will be away from May 8, 2026 through May 24, 2026. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

STIPULATION AND ORDER

Dated:  April 29, 2026

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
TAMARA A. JUAREZ

Dated:  April 29, 2026

*/s/MARGARET BRANICK-ABILLA*
MARGARET BRANICK-ABILLA
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 4/29/26]

IT IS SO ORDERED.

Dated:    May 5, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER